RECEIVED
IN MONROE, LA

MAY 1 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| SUPREME LUCKNER | CIVIL ACTION NO. 05-1943 |
| VS. | SECTION P |
| ALBERTO GONZALES, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this ___10___ day of ___May___, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE